**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 25-CR-363 (DLF)** |
| | : | |
| **CARLOS CUNNINGHAM,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant additional discovery in the above-mentioned case as outlined in the government's attached discovery letter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Emory V. Cole*
EMORY V. COLE
PA Bar Number 49136
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

*Emory V. Cole*
*Assistant United States Attorney*
*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*
*Direct Line: 202-252-7692*

September 8, 2026

***By Email***

**Edward John Ungvarsky**
UNGVARSKY LAW, PLLC
421 King Street, Suite 505
Alexandria, VA 22314

Re: *United States v. CARLOS CUNNINGHAM*
Criminal No.: 25-CR-363 (DLF)

Dear Counsel:

This discovery letter references the above-mentioned case. Pursuant to our discovery obligations, the United States is providing you the source documents for the only sustained case in MPD Officer Zambrano-Mora's PPMS report (3 pages – dated April 23, 2026, and December 1, 2025). This case is still listed as pending per the publicly available court document; however, because this case has been marked as "sustained" we are providing the documents, which in fact outlines dismissing the individual claims against the seven named officers due to the Plaintiff's failure to serve the lawsuit. Because there are no other sustained violations, this is the only document the United States is providing. Notably, the United States does not provide source documents for matters listed in the PPMS report that were not sustained. If you have any questions about the information provided above, you may contact me by telephone, email, or mail as provided below.

Sincerely yours,
JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Emory V. Cole*
Emory V. Cole
Assistant United States Attorney
United States Attorney's Office for
the District of Columbia
601 D Street, N.W. Washington,
D.C. 20530
Office: (202) 252-7692
Emory.Cole@usdoj.gov